JASON C. KOLBE, ESQ.
Nevada Bar No. 11624
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
**TIFFANY & BOSCO**
10100 West Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: (702) 258-8200
Facsimile: (702) 258-8787
Attorneys for Plaintiffs

TB #14-70100

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK HOME MORTGAGE, and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT V. JENSEN, JR. AND JUDITH L. JENSEN, TRUSTEES OF THE JENSEN FAMILY TRUST, U/A DATED 11/7/95, an unknown trust; ROUNDHOUSE VILLAGE HOMEOWNERS ASSOCIATION, a Nevada Homeowners Association; DANILO SADDI, an individual; and RICO SADDI, an individual,<br><br>Defendants. | Case No.: 3:17-cv-00603-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE AND SERVE RESPONSE TO MOTION TO DISMISS COMPLAINT (ECF No. 26) AND JOINDER (ECF No. 28)**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs U.S. Bank Home Mortgage and Federal Home Loan Mortgage Corporation (hereinafter collectively the "Plaintiffs") and Defendants Robert V. Jensen, Jr. and Judith L. Jensen, Trustees of the Jensen Family Trust, U/A Dated 11/7/95 (hereinafter the "Jensen") and Defendant Roundhouse Village Homeowners Association (hereinafter "Roundhouse"), by and through their respective counsel,

- 1 -

**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Tel: (702) 258-8200  Fax: (702) 258-8787

that the deadline for the Plaintiffs to file and serve their response to the Motion to Dismiss Complaint (ECF No. 26) filed by Jensen and the Joinder (ECF No. 28) filed by Roundhouse shall be extended from March 26, 2018 to April 2, 2018.

DATED this 26th day of March, 2018.

| **TIFFANY & BOSCO, P.A.** | **MOLSBY & BORDNER, LLP** |
|---|---|
| /s/ Kevin S. Soderstrom | /s/ Robin D. Shofner |
| JASON C. KOLBE, ESQ.<br>Nevada Bar No. 11624<br>KEVIN S. SODERSTROM, ESQ.<br>Nevada Bar No. 10235<br>10100 West Charleston Boulevard, Suite 220<br>Las Vegas, NV 89135<br>Attorney for Plaintiffs<br>U.S. Bank Home Mortgage and Federal Home Loan Mortgage Corporation | ROBIN D. SHOFNER, ESQ.<br>Nevada Bar No. 13758<br>527 S. Arlington Avenue<br>Reno, NV 89509<br>Attorney for Defendants<br>Defendants Robert V. Jensen, Jr. and Judith L. Jensen, Trustees of the Jensen Family Trust, U/A Dated 11/7/95 |

**PERRY & WESTBROOK**

/s/ Alan W. Westbrook
_____
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
1701 W. Charleston Boulevard, Suite 200
Las Vegas, NV 89102
Attorneys for Defendant
Roundhouse Village Homeowners
Association

## **ORDER**

IT IS SO ORDERED.

DATED this __26th__ day of __March_____, 2018.

_____
DISTRICT COURT JUDGE

- 2 -