UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK HOME MORTGAGE, *et al.*, | Case No. 3:17-cv-00603-MMD-VPC |
| Plaintiff, | ORDER |
| v. | |
| ROBERT V. JENSEN, JR., *et al.,* | |
| Defendants. | |

The complaint in this action was filed on September 27, 2017. (ECF No. 1.) The Court issued a notice of intent to dismiss Judith L. Jensen, Robert V. Jensen, Jr., Danilo Saddi, and Rico Saddi pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by February 2, 2018. (ECF No. 14.) Proofs of service regarding Judith L. Jensen and Robert V. Jensen, Jr. were filed on January 12, 2018. (ECF Nos. 21, 22.) Plaintiff was granted an extension to provide service on Danilo Saddi and Rico Saddi up to and including April 12, 2018. (ECF No. 23.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Danilo Saddi and Rico Saddi are dismissed without prejudice.

DATED THIS 13th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE