ROBIN D. SHOFNER, ESQ.
Nevada Bar No. 13758
**MOLSBY & BORDNER, LLP**
527 S. Arlington Ave.
Reno, NV 89509
Tel: (916) 447-0529
Fax: (916) 848-3500
*shofner@mobolaw.com*

Attorneys for Defendants:
ROBERT V. JENSEN, JR.; and JUDITH L. JENSEN,
TRUSTEES OF THE JENSEN FAMILY TRUST,
U/A DATED 11/7/95, an unknown trust

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| U.S. BANK HOME MORTGAGE, and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>ROBERT V. JENSEN, JR., and JUDITH L. JENSEN, TRUSTEES OF THE JENSEN FAMILY TRUST, U/A DATED 11/7/95, an unknown trust; ROUNDHOUSE VILLAGE HOMEOWNERS ASSOCIATION, a Nevada Homeowners association; DANILO SADDI, an individual; and RICO SADDI, an individual,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-00603-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS ROBERT V. JENSEN JR. AND JUDITH L. JENSEN TO FILE AND SERVE RESPONSE TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 32)**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs U.S. BANK HOME MORTGAGE (U.S. BANK) and FEDERAL HOME LOAN MORTGAGE CORPORATION (FREDDIE MAC) (U.S. BANK and FREDDIE MAC will be referred to collectively as "Plaintiffs") and Defendants ROBERT V. JENSEN (ROBERT) and JUDITH L. JENSEN (JUDITH), TRUSTEES OF THE JENSEN FAMILY TRUST, U/A DATED 11/7/95, an unknown trust (ROBERT and JUDITH will be referred to collectively as the "JENSENS"),

---

by and through their respective counsel, that the deadline for the JENSENS to file and serve their response to Plaintiffs' Motion for Summary Judgment (ECF No. 32) shall be extended to April 30, 2018. Such extension is requested due to JENSENS' counsel's inability to comply with the present deadline due to personal family medical issues. This is the second stipulation for extension of time for the JENSENS to file a response to the aforementioned motion, with the first having been denied for failure to comply with LR 1A 6-1(a) (EFC No. 36).

Dated: April 19, 2018                              **MOLSBY & BORDNER, LLP**

                                                   __/s/ Robin D. Shofner_____
                                                   Robin D. Shofner, Esq.
                                                   Nevada Bar No. 13758
                                                   Attorney for Defendants:
                                                   ROBERT V. JENSEN, JR., and JUDITH L.
                                                   JENSEN, TRUSTEES OF THE JENSEN
                                                   FAMILY TRUST, U/A DATED
                                                   11/7/95, an unknown trust

Dated: April 19, 2018                              **TIFFANY & BOSCO, P.A.**

                                                   __/s/ Kevin S. Soderstrom_____
                                                   Kevin S. Soderstrom, Esq.
                                                   Nevada Bar No. 10235
                                                   Attorney for Plaintiffs:
                                                   U.S. BANK HOME MORTGAGE and
                                                   FEDERAL HOME LOAN MORTGAGE
                                                   CORPORATION

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___April 20, 2018_____

---

2
**STIP. & ORDER TO EXTEND DEADLINE FOR DEFENDANTS JENSENS TO FILE & SERVE RESPONSE TO MSJ (ECF NO. 32)**

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system on April 19, 2018. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 19, 2018

                                                         /s/ Robin D. Shofner
                                                         Robin D. Shofner, Esq.