JASON C. KOLBE, ESQ.
Nevada Bar No. 11624
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
**TIFFANY & BOSCO**
10100 West Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: (702) 258-8200
Facsimile: (702) 258-8787
Attorneys for Plaintiffs

TB #14-70100

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK HOME MORTGAGE, and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT V. JENSEN, JR. AND JUDITH L. JENSEN, TRUSTEES OF THE JENSEN FAMILY TRUST, U/A DATED 11/7/95, an unknown trust; ROUNDHOUSE VILLAGE HOMEOWNERS ASSOCIATION, a Nevada Homeowners Association; DANILO SADDI, an individual; and RICO SADDI, an individual,<br><br>Defendants. | Case No.: 3:17-cv-00603-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE AND SERVE REPLY TO DEFENDANTS ROBERT V. JENSEN, JR. AND JUDITH L. JENSEN, TRUSTEES OF THE JENSEN FAMILY TRUST, U/A DATED 11/7/95'S NOTICE OF JOINDER AND SUPPLEMENTATION OF OPPOSITION TO PLAINTIFFS' COUNTERMOTION FOR SUMMARY JUDGMENT (ECF No. 41)**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs U.S. Bank Home Mortgage and Federal Home Loan Mortgage Corporation (hereinafter collectively the "Plaintiffs") and Defendants Robert V. Jensen, Jr. and Judith L. Jensen, Trustees of the Jensen Family Trust, U/A Dated 11/7/95 (hereinafter "Jensen"), by and through their respective counsel, that the deadline for the Plaintiffs to file and serve its reply to the Notice of Joinder and

- 1 -

**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Tel: (702) 258-8200  Fax: (702) 258-8787

Supplementation of Roundhouse Village Homeowners Association's Opposition to Plaintiffs' Countermotion for Summary Judgment (ECF No. 41) filed by Jensen shall be extended from May 14, 2018 to May 28, 2018.

This is the first stipulation for extension of the subject deadline. The extension has been requested by the Plaintiffs due to counsel's inability to comply with the current deadline due to other matters which counsel has been and is engaged in.

DATED this 14th day of May, 2018.

| **TIFFANY & BOSCO, P.A.** | **MOLSBY & BORDNER, LLP** |
|---|---|
| /s/ Kevin S. Soderstrom | /s/ Robin D. Shofner |
| JASON C. KOLBE, ESQ. | ROBIN D. SHOFNER, ESQ. |
| Nevada Bar No. 11624 | Nevada Bar No. 13758 |
| KEVIN S. SODERSTROM, ESQ. | 527 S. Arlington Avenue |
| Nevada Bar No. 10235 | Reno, NV 89509 |
| 10100 West Charleston Boulevard, Suite 220 | Attorney for Defendants |
| Las Vegas, NV 89135 | Defendants Robert V. Jensen, Jr. and |
| Attorney for Plaintiffs | Judith L. Jensen, Trustees of the Jensen |
| U.S. Bank Home Mortgage and Federal Home Loan Mortgage Corporation | Family Trust, U/A Dated 11/7/95 |

## **ORDER**

IT IS SO ORDERED.

DATED this __14th__ day of __May_____, 2018.

_____
DISTRICT COURT JUDGE